# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,

          Respondent,

          v.

C.A.G.,
DOB: 7/26/96,

          Appellant.

No. 70939-9-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: November 3, 2014

PER CURIAM. C.A.G. appeals his order on disposition on a charge of obstructing a law enforcement officer after a fact-finding hearing in King County Superior Court No. 12-8-02278-1 SEA. C.A.G.'s court-appointed attorney has filed a motion to withdraw on the ground that there is no basis for a good faith argument on review. Pursuant to State v. Theobald, 78 Wn.2d 184, 470 P.2d 188 (1970), and Anders v. California, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), the motion to withdraw must:

> [1] be accompanied by a brief referring to anything in the record that might arguably support the appeal. [2] A copy of counsel's brief should be furnished the indigent and [3] time allowed him to raise any points that he chooses; [4] the court--not counsel--then proceeds, after a full examination of all the proceedings, to decide whether the case is wholly frivolous.

Theobald, 78 Wn.2d at 185 (quoting Anders v. California, 386 U.S. at 744).

This procedure has been followed. C.A.G.'s counsel on appeal filed a brief with the motion to withdraw. C.A.G. was served with a copy of the brief and informed of the

right to file a statement of additional grounds for review. He has not filed a statement of additional grounds and supplemental brief.

The facts are accurately set forth in counsel's brief in support of the motion to withdraw. The court has reviewed the briefs filed in this court and has independently reviewed the entire record. The court specifically considered the following potential issues raised by counsel:

1. Whether police lawfully entered the house despite violation of "knock and announce" rule?

2. Did the State present sufficient evidence to support a finding of guilt?

The potential issues are wholly frivolous. Counsel's motion to withdraw is granted and the order is affirmed.

For the court: